171 A.3d 610

**CALVO**

v.

**MONTGOMERY COUNTY**

**Pet. Docket No. 229, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Opinion of the Court of Special Appeals unreported (No. 1036, Sept. Term, 2016).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 48, Sept. Term, 2017.

171 A.3d 610

**CHRISTIAN**

v.

**MATERNAL–FETAL MEDICINE ASSOC. OF MD.**

**Pet. Docket No. 247, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Opinion of the Court of Special Appeals unreported (No. 13, Sept. Term, 2015).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 51, Sept. Term, 2017.